# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>       Plaintiff-in-Interpleader,<br><br>vs.<br><br>BAMBI GICANA; and ARACELI MALONEY,<br><br>       Defendants-in-Interpleader. | Case No. 2:16-cv-08317 RSWL (RAOx)<br><br>Honorable Ronald S.W. Lew<br><br>**ORDER GRANTING STIPULATION FOR**<br><br>**1. PLAINTIFF-IN-INTERPLEADER METROPOLITAN LIFE INSURANCE COMPANY'S DISCHARGE AND DISMISSAL WITH PREJUDICE;**<br>**2. PERMANENT INJUNCTION; AND**<br>**3. RECOVERY OF REASONABLE ATTORNEYS' FEES**<br><br>[Stipulation submitted concurrently]<br><br>Complaint Filed: Nov. 8, 2016 |

Having reviewed the Stipulation of the parties, and for good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1.    That Metropolitan Life Insurance Company ("MetLife") is discharged of any and all liability with respect to the Plan Benefits and the underlying group policy and any and all claims that Defendants-in-Interpleader Gicana and Maloney may have regarding the Plan Benefits and the underlying group policy;

2. That Defendants-In-Interpleader Gicana and Maloney and their respective agents, attorneys and/or assigns are enjoined and perpetually restrained from instituting any suit at law or equity, or action of any kind whatsoever, against MetLife and/or its parent companies, subsidiary companies, agents, affiliates, representatives or attorneys with respect to the Plan Benefits and the underlying group policy;

3. That MetLife will recover its attorneys' fees and costs from the stake on deposit in the amount of $4,068.7. Said funds are to be payable to Metropolitan Life Insurance Company and sent to MetLife's counsel of record Misty A. Murray, Esq., Hinshaw & Culbertson LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071; and

4. That MetLife is dismissed from this action entirely with prejudice.

**IT IS SO ORDERED**.

Dated: 4/28/ 2017        s/   RONALD S.W. LEW
                         HONORABLE RONALD S.W. LEW
                         SENIOR U.S. DISTRICT JUDGE