

FILED
CLERK, U.S. DISTRICT COURT
June 1, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: AB DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, <br><br> Plaintiff-in-Interpleader, <br><br> v. <br><br> BAMBI GICANA; and ARACELI MALONEY, <br><br> Defendants-in-Interpleader. | CV 16-08317-RSWL-RAO <br><br> **JUDGMENT** |
| AND RELATED CROSS AND COUNTER CLAIMS | |

**WHEREAS,** on April 3, 2018, this Court entered partial summary judgment in favor of Defendant-in-Interpleader Bambi Gicana ("Gicana"), finding that Defendant-in-Interpleader Araceli Maloney ("Maloney") breached her fiduciary duty with respect to Efren Molina Martinez's ("Decedent") life insurance and 401(k) policies,

1

1 | **WHEREAS,** on May 18, 2018, the Action came on for trial before the Court on the sole issue of availability of an equitable remedy with respect to Decedent's 401(k) benefits,

**WHEREAS,** on June 1, 2018, this Court entered judgment in favor of Gicana on the equitable remedies for the 401(k) benefits,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Gicana and against Maloney, in accordance with this Court's previous Order re: Gicana's Motion for Summary Judgment and Order re: Bench Trial.  The entire balance of funds in this Court's registry, less any fees payable to the Clerk of Court, shall be distributed to the Superior Court of California, payable to the Clerk of Court, Case No. 16STPB03539, Stanley Mosk Courthouse, 111 North Hill Street, Los Angeles, CA 90012, in which Decedent's trust is being litigated.  Further, Decedent's trust holds an equitable lien up to $460,509.25 on Maloney's individual retirement account at Securities America. Maloney owes the trust an accounting of her transactions involving the 401(k) monies and restitution.  Gicana shall recover her costs in this Action.

**IT IS SO ORDERED.**

DATED: June 1, 2018

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge

cc: fiscalCM@cacd.uscourts.gov