**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Plaintiff-in-Interpleader,<br><br>    v.<br><br>BAMBI GICANA; and ARACELI MALONEY,<br><br>        Defendants-in-Interpleader.<br><br>AND RELATED CROSS AND COUNTER CLAIMS | CV 16-08317-RSWL-RAO<br><br>**Order re: *Ex Parte* Application for Enlargement of Time** [108] |

Currently before the Court is Defendant-in-Interpleader Bambi Gicana's ("Gicana") *Ex Parte* Application for Enlargement of Time ("Application") [108]. Having reviewed all papers submitted pertaining to this Application, the Court **NOW FINDS AND RULES AS FOLLOWS:** the Court **GRANTS** Gicana's Application.

**I. DISCUSSION**

Generally, a court may extend a deadline for good cause if the request is made before the original deadline expires. Fed. R. Civ. P. 6(b)(1)(A). Such requests usually should "be granted in the absence of bad faith or prejudice to the adverse party." Ahanchian v. Xenon Pictures, Inc., 624 F.3d 1253, 1259 (9th Cir. 2010) (quotation omitted).

Here, the deadline to move for attorneys' fees was June 15, 2018 (i.e., fourteen days after the Court entered its Judgment [104]). See C.D. Cal. R. 54-10. On June 15, 2018, Gicana, through her Application, and Defendant-in-Interpleader Araceli Maloney, through her Opposition [110] to the Application, requested the Court extend the deadline to July 13, 2018. Both parties presently are involved in an arbitration, which prevented them from complying with the original deadline. Due to the lack of bad faith or prejudice, the Court finds good cause for the extension.

**II. CONCLUSION**

Based on the foregoing, the Court **GRANTS** Gicana's Application. The deadline for both parties to file motions for attorneys' fees is **July 13, 2018.**
**IT IS SO ORDERED.**

DATED: June 18, 2018        s/ RONALD S.W. LEW
                            **HONORABLE RONALD S.W. LEW**
                            Senior U.S. District Judge