UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff-in-Interpleader,<br><br>　　v.<br><br>BAMBI GICANA, et al.,<br><br>　　　　Defendants-in-Interpleader. | Case No. CV 16-08317-RSWL (RAOx)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant-in-Interpleader Bambi Gicana's ("Gicana") Application for an Order to Show Cause as to Why a Receiver Should Not Be Appointed Pending Judgment Debtor's Appeals, the objecting and replying papers, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge filed on August 2, 2019 ("Report"). Further, the Court engaged in a *de novo* review of those portions of the Report to which Gicana objected. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

Accordingly, the Application for an Order to Show Cause as to Why a Receiver Should Not Be Appointed Pending Judgment Debtor's Appeals is DENIED. IT IS SO ORDERED.

DATED: October 11, 2019          __/s/ RONALD S.W. LEW_____
                                 Honorable Ronald S. W. Lew
                                 Senior, U.S. District Court Judge